NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BEACHFRONT ESCAPES, LLC,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-2173
　　　　　　　　　　　　　　　　　　　)
TOWN OF FORT MYERS BEACH,　　　　)
FLORIDA; JOSEPH B. ORLANDINI;　　　)
and LYLE L. KLINE, TRUSTEE, ,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Appellees.　　　　　　　　　　)
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Lee
County; Geoffrey H. Gentile, Judge.

Matthew D. Uhle of Law Office of Matthew
D. Uhle, LLC, Fort Myers, for Appellant.

Josh S. Turner and Jack N. Peterson, Fort
Myers, for Appellee Town of Fort Myers
Beach, Florida.

No appearance for remaining Appellees.


PER CURIAM.


　　　　　Affirmed.

KHOUZAM and BADALAMENTI, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.